Form CA 1-A: Notice and Acknowledge for Service by Mail



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

Johnny Ray Chandler Sr.
_____
*Plaintiff(s)*

v.

Case No: 2014 CA 6189

Ms. Susann Stover
_____
*Defendant(s)*

### NOTICE

To (insert name and address of the party to be served):

Ms. Susann Stover
_____
USP Lewisburg
_____
2400 Robert F. Miller Drive
_____
Lewisburg, PA 17837

     The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

     You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

     If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

     If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

     This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 10/2/2014 _____.

*Adrienne J. Marsh* _____     10|2|2014 _____
*Signature*     *Date of Signature*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

     I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____

_____     _____     _____
*Signature*     *Relationship to Defendant/Authority to Receive Service*     *Date of Signature*

Para pedir una traducción, llame al (202) 879-4828     如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bài dịch, hãy gọi (202) 879-4828     በበበበ በበበ በበበበበ (202) 879-4828 በበበበ     번역을 원하시면, (202) 879-4828 로 전화주십시요



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

JOHNNY RAY CHANDLER Sr
    Vs.                         C.A. No.     2014 CA 006189 B
Ms SUSANN STOVER

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order.   Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to:  Judge STUART G NASH
Date:   September 30, 2014
Initial Conference: 9:30 am, Friday, January 09, 2015
Location:  Courtroom A-47
         515 5th Street NW
         WASHINGTON, DC  20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

_Johnny Ray Chandler, Sr.,_
_____

_Plaintiff_

vs.

Case Number  **14 - 006189**

_Susann Stover_
_____

_Defendant_

## SUMMONS

To the above named Defendant:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_No. 11977-007_
_Johnny Ray Chandler_
_____
Name of Plaintiff's Attorney

_U.S.P. Lewisburg_
_2400 Robert F. Miller Dr.,_
_Lewisburg, Pa, 17837_
_____
Address

_____
Telephone

_Clerk of the Court_

By  _Anthony R. Redmond_
_____
Deputy Clerk

Date  _09/30/14_
_____

如需翻译,请打电话 (202) 879-4828  Veuillez appeler au (202) 879-4828 pour une traduction  Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오   የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ።

     IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

     If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011              CASUM.doc

### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

No. 11977-007
Mr. Johnny Roy Chandler, Sr.
U.S.P. Lewisburg
PO Box 1000
Lewisburg, Pa. 17837-1000          *Plaintiff*

*vs.*

Ms. Susann Story, Unit Mang.
U.S.P. Lewisburg
2400 Robert F. Miller Drive
Lewisburg, Pa. 17837          ***Defendants***

CIVIL ACTION No. _____

14 - 0 0 6 1 8 9

```
RECEIVED.
Civil Clerk's Office
SEP 30 2014
Superior Court of the
District of Columbia
Washington, D.C.
```

## COMPLAINT

1.  Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

This Claim is against the Defendant, Ms. Susann Story. This Claim is being filed for the Torts of (1) False Accusation (2) Libel of Information. Jurisdiction of this Court is found under Diversity of Citizenship. I Plaintiff, Johnny Roy Chandler, Sr. Am a natural Born Citizen and longtime resident of the District of Columbia.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 100,000.00 with interest and costs.

_____
Phone:

**DISTRICT OF COLUMBIA, SS**

Johnny Roy Chandler, Sr., being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

Under penalty of Perjury

_____Johnny Roy Chandler, Sr._____
(Plaintiff                                                              Agent)

Subscribed and sworn to before me this _____ day of _____ 20 ____.

_____
(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

I Plaintiff, Johnny Roy Chandler, Sr., certify under penalty of Perjury. That the statement of complaint is true and correct.

Mr. Valentine, Clerk
D.C. Superior Court
500 Indiana Ave., N.W.
Washington, D.C. 20001

                    Mr. Johnny Ray Chandler, Sr.
                    Reg. No. 11977-007
                    U.S.P. Lewisburg
                    P.O. Box 1000
                    Lewisburg, Pa. 17837-0000

          Sept. 15, 2014

Mr. Valentine,

        I have sent you this cover letter
To inform you that I am unable to get
the enclosed Civil Complaint Form
notorized. In lieu of the notary seal,
I have signed the Complaint form
under penality of perjury. That every
thing Stated in the Complaint is true
and correct.

                    Sincerely
                    Johnny Ray Chandler Sr.

Chandler V. Stover

Claims Continued     Pg. 2.

The Defendant Ms. Susann Stover, Unit Manager
is a Citizen and Resident of Pennsylvania. On
January 30, 2014, Through Freedom of Speech,
under the First Amendment of the United States
Constitution, I wrote and mailed a Request to the
Defendant, Ms. Susann Stover, Unit Manager, In
my Written Request, I made the following state-
ment\ Request:

"Susann this is a proposal, But, it's not a
Sexual Proposal, This is a Marriage
Proposal, I love you very much, I
request that you marry me?"

In her response, She factually omitted
1. Libel of Information and,

2. False Accusation,

In lieu of an appropriate response, She
wrote and filed a fictitious D.R. (Disc-
iplinary Report), Alledging that I had
committed a Code 206, (making a Sexual)
Proposal, I admit, I did make a pro-
posal, But, I did not make a Sexual
Proposal, I (w)wrote and sent her a
Marriage Proposal, Furthermore,
there was nothing in that request,

Chandler V. Stover.

Claims Continued                    Pg. 3

(Marriage Proposal). That indicated any Sex or physical contact (Not even a hug).

In this Claim, The Defendant (Susann Stover) is factually guilty of Libel of Information, Because, pursuant to the Webster's Dictionary, Libel is a written, printed or pictural Statement that unjustly damages a person's reputation.

A,    Damages  Sustained

Back in or about January of 2014 When I was seen by the Parole Commission, I was denied Parole and the reasoning for the denial, was based on the Report that was written by the Defendant.

Wherefore, based on the facts presented in this case, Along with the evidence presented, (See Exhibit-A and B.) The Defendant, Ms Susann Stover is factually guilty of Libel of Information and False Accusation,

Chandler V. Stover

Claim Continued        Pg. 4.

B.           . Relief Sought

    As relief in this Claim against
the Defendant, Susann Stover, I seek
$100,000.00 for libel of Information
and False Accusation. I also seek
Declaratory Relief.